UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            v.                                                                     ORDER
                                                              04-CR-106A

MICHAEL J. MANEY,

                     Defendant.

---

      This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A). Defendant filed a motion to suppress on January 19, 2005. On September 19, 2006, Magistrate Judge Foschio filed a Report and Recommendation, recommending that the motion be denied.

      Defendant filed objections to the Report and Recommendation on September 28, 2006 and the government filed a response thereto. Oral argument on the objections was held on December 19, 2006.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to suppress is denied. This case is referred back to Magistrate Judge Foschio for further proceedings.

IT IS SO ORDERED.

                                               /s/ *Richard J. Arcara*
                                               HONORABLE RICHARD J. ARCARA
                                               CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT

DATED: December 21, 2006